IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JANE CLARK,<br>　　Plaintiff,<br>v.<br>MCKENZIE VILLAGE LLC,<br>et al.,<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br><br>1:17-cv-00170-CG-M |

## NOTICE OF SETTLEMENT

The parties have settled the case and are finalizing the settlement documents. The parties anticipate filing a dismissal shortly.

Respectfully Submitted, this the 11th Day of October, 2017.

　　　　　　　　　　　　　　/s/*Cassie E. Taylor*　　　　　　　　
　　　　　　　　　　　　　　**Cassie E. Taylor**
　　　　　　　　　　　　　　**BPR # AL-8297N67R**
　　　　　　　　　　　　　　ADA Group LLC
　　　　　　　　　　　　　　4001 Carmichael Road, Suite 570
　　　　　　　　　　　　　　Montgomery, Alabama 36106
　　　　　　　　　　　　　　334.819.4030 p
　　　　　　　　　　　　　　334.819.4032 f
　　　　　　　　　　　　　　CET@ADA-Firm.com
　　　　　　　　　　　　　　*Attorney for the Plaintiff*

[1]

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed with the Clerk of Court the aforementioned Document for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 11th day of October, 2017 to the following:

**Thomas Matthew Miller**
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue N.
Birmingham, Alabama 35203
Phone: (205) 521-8000
Fax: (205) 521-8800
Email: mmiller@bradley.com

**Hunter Spencer Morano**
Leak, Douglas & Morano, PC
17 20th Street North, Suite 200
Birmingham, Alabama 35203
Phone: (205) 977-7099
Fax: (205) 977-7167
Email: smorano@leakdouglas.com

/s/*Cassie E. Taylor*
**Cassie E. Taylor**
**BPR # AL-8297N67R**
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
334.819.4030 p
334.819.4032 f
CET@ADA-Firm.com
*Attorney for the Plaintiff*

[2]