IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANE CLARK, | : |
|    Plaintiff, | : |
| vs. | :   CA 17-00170-C |
| McKENZIE VILLAGE, LLC, *et al.*, | : |
|    Defendants. | : |

### ORDER

The parties have reported to the Court this matter is settled. (Doc. 33). Based on this notice of settlement, it is hereby **ORDERED** this action is **DISMISSED** from the active docket of the Court, **WITH PREJUDICE**, provided any party may reinstate this action within thirty (30) days after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

Provided no party reinstates this action, final judgment, as prescribed by Rule 58 of the Federal Rules of Civil Procedure, shall be deemed as entered on **November 13, 2017**. The parties are to bear their own costs, unless otherwise agreed.

**DONE** and **ORDERED** this the 12th day of October 2017.

    s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**